In the Matter of the BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 5 OF THE TOWNS OF HUNTINGTON AND BABYLON, Appellant-Respondent, Relative to Acquiring Title to Real Property for a Junior High School Site. SAUL S. SAPSIN et al., Respondents-Appellants.—

Munder, Acting P. J.,
Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.